IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| DERRICK LEGREE, | § | |
| | § | No. 38, 2026 |
| Defendant Below, | § | |
| Appellant, | § | Court Below: Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | Crim. ID No. 1301019545 (S) |
| STATE OF DELAWARE, | § | |
| | § | |
| Appellee. | § | |

Submitted: June 29, 2026
Decided: July 10, 2026

## ORDER

On May 28, 2026, the Chief Deputy Clerk sent a notice of brief delinquency to the appellant, Derrick Legree, because he had not filed an opening brief by the May 25 deadline set by the Court. On June 9, the Chief Deputy Clerk issued a notice, sent by certified mail, directing Legree to show cause why this appeal should not be dismissed for his failure to file an opening brief. Legree received the notice by June 16. To date, Legree has neither responded to the notice to show cause nor filed an opening brief. Dismissal of this appeal is therefore deemed to be unopposed.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ N. Christopher Griffiths*
Justice